UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| CALVIN TYRONE NORTON,  )<br>  )<br>       Plaintiff  )<br>  )<br>vs.  )<br>  )<br>COLUMBUS COUNTY DEPARTMENT  )<br>OF SOCIAL SERVICES, et al.,  )<br>  )<br>       Defendants.  ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:17-CV-171-BR** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's motions for leave to amend his complaint and to join a necessary party are DENIED. Defendants' motion to dismiss is GRANTED. The Clerk is DIRECTED to enter judgment and close this case.

This Judgment filed and entered on March 9, 2018, and copies to:
Calvin Tyrone Norton, PO Box 1145, Whiteville, NC 28472 (via U.S. Mail)
Bradley Owen Wood (via CM/ECF electronic notification)

March 9, 2018

Peter A. Moore, Jr.
Clerk of Court

By: *Laura E. Creasy* (signature)
Deputy Clerk